# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: THE SIBERY GROUP PHYSICIAN SOLUTION | § Case No. 09-25535-JS |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of U.S. Bankruptcy Court
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00AM on 09/30/2011 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  08/30/2011            By:   /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                  Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: THE SIBERY GROUP PHYSICIAN SOLUTION    § Case No. 09-25535-JS
                                              §
                                              §
Debtor(s)                                     §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 70,913.41 |
| *and approved disbursements of* | $ 171.46 |
| *leaving a balance on hand of* [1] | $ 70,741.95 |
| **Balance on hand:** | $ 70,741.95 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 70,741.95 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 6,795.67 | 0.00 | 6,795.67 |
| Attorney for Trustee, Fees - GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 4,689.00 | 0.00 | 4,689.00 |
| Attorney for Trustee, Expenses - GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 50.78 | 0.00 | 50.78 |
| Accountant for Trustee, Fees - SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,617.50 | 0.00 | 1,617.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 13,152.95 |
| Remaining balance: | $ 57,589.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   57,589.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   57,589.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 82,192.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 70.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Tellurian | 13,982.00 | 0.00 | 9,796.57 |
| 4 | Edward Tong, P.C., M.D. | 68,210.95 | 0.00 | 47,792.43 |

Total to be paid for timely general unsecured claims:   $   57,589.00
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 09-25535-JHS
The Sibery Group Physician Solutions, LL Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: adragonet      Page 1 of 1      Date Rcvd: Aug 31, 2011
     Form ID: pdf006      Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2011.

```
db          +The Sibery Group Physician Solutions, LLC,   903 Commerce Dr.,   Suite 160,
              Oak Brook, IL 60523-8830
aty         +Brian L Shaw,   Shaw Gussis Fishman Glantz Wolfson & Tow,   321 N Clark Street,   Suite 800,
              Chicago, IL 60654-4766
aty         +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Michael A Phelps,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
              Orland Park, IL 60462-3760
tr          +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
              Orland Park, IL 60462-3760
14163824    +Axis Business Solutions,   903 Commerce Dr.,   Suite 160,   Oak Brook, IL 60523-8830
14163825    +Decisive Coaching Strategies,   903 Commerce Dr.,   Suite 160,   Oak Brook, IL 60523-8830
14773784    +Edward Tong, P.C., M.D.,   d/b/a Riverside Family Practice,   105 E Burlington St.,   Suite C,
              Riverdale, IL 60546-2382
14773699    +Edward Tong, P.C., M.D. dba Riverside Family Pract,   c/o Chuhak & Tecson, PC,
              Attn: Daniel Fumagalli,   30 S. Wacker Dr., Ste. 2600,   Chicago, IL 60606-7512
14163826    +Lackland Acquisition II, LLC d/b/a,   Healthcare Strategic Initiatives,
              Nextgen Practice Solutions,   1836 Lackland Hill Parkway,   Saint Louis, MO 63146-3572
14163827    +Navicure,   3237 Satellite Boulevard,   Bldg. 300, Suite 310,   Duluth, GA 30096-2357
14163828    +Next Gen,   18111 Von Karman Ave.,   Suite 600,   Irvine, CA 92612-7100
14163829    +NextGen Healthcare Practice Sol.,   PO Box 78219,   Saint Louis, MO 63178-8219
14638760    +Paige Personnnel Services,   75 Remittance Dr,   Suite 1499,   Chicago IL 60675-1499
14163830    +Riverside Family Practice,   105 Burlington St.,   Suite C,   Riverside, IL 60546-2382
14638761   ++SPRINT NEXTEL CORRESPONDENCE,   ATTN BANKRUPTCY DEPT,   PO BOX 7949,
              OVERLAND PARK KS 66207-0949
             (address filed with court: Sprint,    PO box 4181,   Carol Stream IL 60197)
14163831    +Tellurian,   172 Spring Street,   Newton, NJ 07860-2009
14163832    +The Sibery Group,   903 Commerce Drive,   Suite 160,   Oak Brook, IL 60523-8830
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14163823   ##+Allied Partners,   477 South Third Street,   Suite 280,   Geneva, IL 60134-2731
```
     TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2011**      **Signature:** _/s/ Joseph Speetjens_