**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: THE SIBERY GROUP PHYSICIAN SOLUTION § Case No. 09-25535-JS
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $22.21                          Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $57,590.13       Claims Discharged
                                                  Without Payment: $24,602.82

Total Expenses of Administration: $13,324.41

3) Total gross receipts of $ 70,914.54 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $70,914.54 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 13,324.41 | 13,324.41 | 13,324.41 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 303,005.99 | 82,192.95 | 57,590.13 |
| **TOTAL DISBURSEMENTS** | $0.00 | $316,330.40 | $95,517.36 | $70,914.54 |

4) This case was originally filed under Chapter 7 on July 15, 2009. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/09/2011          By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNT | 1129-000 | 37,145.15 |
| POSSIBLE PREFERENCES | 1141-000 | 20,000.00 |
| AVOIDANCE TO INSIDER | 1141-000 | 13,750.00 |
| Interest Income | 1270-000 | 19.39 |
| **TOTAL GROSS RECEIPTS** | | **$70,914.54** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 6,795.67 | 6,795.67 | 6,795.67 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3410-000 | N/A | 1,617.50 | 1,617.50 | 1,617.50 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3110-000 | N/A | 4,689.00 | 4,689.00 | 4,689.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3120-000 | N/A | 50.78 | 50.78 | 50.78 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 33.53 | 33.53 | 33.53 |
| The Bank of New York Mellon | 2600-000 | N/A | 135.93 | 135.93 | 135.93 |
| ILLINOIS DEPT OF REVENUE | 2820-000 | N/A | 2.00 | 2.00 | 2.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 13,324.41 | 13,324.41 | 13,324.41 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Tellurian | 7100-000 | N/A | 13,982.00 | 13,982.00 | 9,796.77 |
| 2 | Next Gen | 7100-000 | N/A | 199,533.81 | 0.00 | 0.00 |
| 3 | Lackland Acquisition II, LLC d/b/a | 7100-000 | N/A | 20,427.23 | 0.00 | 0.00 |
| 4 | Edward Tong, P.C., M.D. | 7100-000 | N/A | 68,210.95 | 68,210.95 | 47,793.36 |
| NA | PAIGE PERSONNEL SERVICES | 7100-000 | 0.00 | 852.00 | 0.00 | 0.00 |
| NA | SPRINT | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 303,005.99 | 82,192.95 | 57,590.13 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-25535-JS  
**Case Name:** THE SIBERY GROUP PHYSICIAN SOLUTION  

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 07/15/09 (f)  
**§341(a) Meeting Date:** 08/25/09  

**Period Ending:** 11/09/11  
**Claims Bar Date:** 11/30/09  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNT | 25,882.90 | 25,882.90 | | 37,145.15 | FA |
| 2 | BANK ACCOUNT | 22.21 | 0.00 | DA | 0.00 | FA |
| 3 | A/R'S | 24,957.44 | 24,957.44 | | 0.00 | FA |
| 4 | OFFICE EQUIPMENT | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 5 | POSSIBLE PREFERENCES | Unknown | Unknown | | 20,000.00 | FA |
| 6 | AVOIDANCE TO INSIDER | Unknown | Unknown | | 13,750.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 19.39 | FA |
| 7 | Assets Totals (Excluding unknown values) | **$52,362.55** | **$52,340.34** | | **$70,914.54** | **$0.00** |

**Major Activities Affecting Case Closing:**

IN PROCESS OF TURNOVER OF BANK ACCOUNT; REVIEWING A/R RECORDS AND POSSIBLE PREFERENCE TO INSIDER AND OTHERS; PREFERENCE DEMAND MADE; FUNDS IN PROCESS; LAST PREFERENCE MATTER (COMPLAINT BEING DRAFTED)

**Initial Projected Date Of Final Report (TFR):** December 31, 2011   **Current Projected Date Of Final Report (TFR):** September 30, 2011 (Actual)

Printed: 11/09/2011 09:49 AM   V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-25535-JS  
**Case Name:** THE SIBERY GROUP PHYSICIAN SOLUTION  
**Taxpayer ID #:** **-***0085  
**Period Ending:** 11/09/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****26-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/17/10 | {1} | CHASE BANK | TURNOVER OF BANK ACCOUNT BALANCE | 1129-000 | 37,145.15 | | 37,145.15 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 37,145.60 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | | 1270-000 | 1.66 | | 37,147.26 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.25 | | 37,147.51 |
| 04/06/10 | | Wire out to BNYM account 9200******2665 | Wire out to BNYM account 9200******2665 | 9999-000 | -37,147.51 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -37,147.51 | 0.00 | |
| | | | **Subtotal** | | 37,147.51 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$37,147.51** | **$0.00** | |

{} Asset reference(s)

Printed: 11/09/2011 09:49 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-25535-JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | THE SIBERY GROUP PHYSICIAN SOLUTION | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****26-66 - Checking Account |
| Taxpayer ID #: | **-***0085 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/09/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 11/09/2011 09:49 AM    V.12.57

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-25535-JS  
**Case Name:** THE SIBERY GROUP PHYSICIAN SOLUTION  
**Taxpayer ID #:** **-***0085  
**Period Ending:** 11/09/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******26-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2665 | Wire in from JPMorgan Chase Bank, N.A. account ********2665 | 9999-000 | 37,147.51 | | 37,147.51 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.27 | | 37,148.78 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.57 | | 37,150.35 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.53 | | 37,151.88 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.58 | | 37,153.46 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.57 | | 37,155.03 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 37,155.33 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 37,155.64 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 37,155.94 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 37,156.25 |
| 01/03/11 | {6} | THE SIBERY GROUP, LLC | TURNOVER OF PREFERENTIAL TRANSFER | 1141-000 | 5,000.00 | | 42,156.25 |
| 01/10/11 | {6} | AXIS BUSINESS SOLUTIONS, INC. | SETTLEMENT OF PREFERENCE | 1141-000 | 8,750.00 | | 50,906.25 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.99 | | 50,907.24 |
| 02/15/11 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-25535, Bond#016026455 | 2300-000 | | 33.53 | 50,873.71 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.17 | | 50,874.88 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.29 | | 50,876.17 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.25 | | 50,877.42 |
| 05/27/11 | {5} | LACKLAND ACQUISITION II, LLC | SETTLEMENT PAYMENT PER ORDER OF 6/3/11 | 1141-000 | 20,000.00 | | 70,877.42 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.30 | | 70,878.72 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.57 | | 70,879.29 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.59 | | 70,879.88 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 135.93 | 70,743.95 |
| 08/04/11 | 11002 | ILLINOIS DEPT OF REVENUE | 2010 FORM IL -1000 | 2820-000 | | 2.00 | 70,741.95 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.59 | | 70,742.54 |
| 09/28/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.54 | | 70,743.08 |
| 09/28/11 | | To Account #9200******2666 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 70,743.08 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 70,914.54 | 70,914.54 | $0.00 |
| | | | Less: Bank Transfers | | 37,147.51 | 70,743.08 | |
| | | | **Subtotal** | | 33,767.03 | 171.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$33,767.03** | **$171.46** | |

{} Asset reference(s)

Printed: 11/09/2011 09:49 AM    V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 09-25535-JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | THE SIBERY GROUP PHYSICIAN SOLUTION | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******26-66 - Checking Account |
| Taxpayer ID #: | **-***0085 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/09/11 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/28/11 | | From Account #9200******2665 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 70,743.08 | | 70,743.08 |
| 10/03/11 | 10101 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $6,795.67, Trustee Compensation; Reference: | 2100-000 | | 6,795.67 | 63,947.41 |
| 10/03/11 | 10102 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $1,617.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,617.50 | 62,329.91 |
| 10/03/11 | 10103 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $4,689.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,689.00 | 57,640.91 |
| 10/03/11 | 10104 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $50.78, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 50.78 | 57,590.13 |
| 10/03/11 | 10105 | Tellurian | Dividend paid 70.06% on $13,982.00; Claim# 1; Filed: $13,982.00; Reference: | 7100-000 | | 9,796.77 | 47,793.36 |
| 10/03/11 | 10106 | Edward Tong, P.C., M.D. | Dividend paid 70.06% on $68,210.95; Claim# 4; Filed: $68,210.95; Reference: | 7100-000 | | 47,793.36 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 70,743.08 | 70,743.08 | $0.00 |
| | Less: Bank Transfers | | 70,743.08 | 0.00 | |
| | Subtotal | | 0.00 | 70,743.08 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $0.00 | $70,743.08 | |

Net Receipts :    70,914.54

Net Estate :    $70,914.54

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****26-65 | 37,147.51 | 0.00 | 0.00 |
| Checking # ***-*****26-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******26-65 | 33,767.03 | 171.46 | 0.00 |
| Checking # 9200-******26-66 | 0.00 | 70,743.08 | 0.00 |
| | $70,914.54 | $70,914.54 | $0.00 |